No. 76–352.  CHAPELLE v. GREATER BATON ROUGE AIRPORT DISTRICT ET AL.  Appeal from Ct. App. La., 1st Cir.  Probable jurisdiction noted.

No. 76–415.  WARD v. ILLINOIS.  Appeal from Sup. Ct. Ill.  Probable jurisdiction noted.

No. 76–496.  WOLMAN ET AL. v. ESSEX ET AL.  Appeal from D. C. S. D. Ohio.  Probable jurisdiction noted.

No. 76–255.  HAZELWOOD SCHOOL DISTRICT ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari granted.

No. 76–577.  ZACCHINI v. SCRIPPS-HOWARD BROADCASTING Co.  Sup. Ct. Ohio.  Certiorari granted.

No. 76–674.  THIRD NATIONAL BANK IN NASHVILLE v. IMPAC LIMITED, INC., ET AL.  Sup. Ct. Tenn.  Certiorari granted.

No. 76–451.  ALABAMA POWER Co. v. DAVIS.  C. A. 5th Cir.  Certiorari granted limited to Question 1 presented by the petition.

No. 76–5187.  LEE v. UNITED STATES.  C. A. 7th Cir.  Motion for leave to proceed in forma pauperis and certiorari granted.

No. 75–1049.  HUTCHISON v. LAKE OSWEGO SCHOOL DISTRICT No. 7 ET AL.  C. A. 9th Cir.  Certiorari denied.